AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRANDON MICHAEL CHAPMAN,

    Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV220-98

LINDA GETER,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 6th day of January 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Chapman's 28 U.S.C. § 2241 petition is DISMISSED without prejudice, Respondent's Motion to Dismiss is DENIED as moot, and Chapman is DENIED in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

January 6, 2021
*Date*

John E. Triplett, Acting Clerk
*Clerk*

_____
(By) Deputy Clerk

GAS Rev 10/2020